STATE of Missouri, Respondent,

v.

Preston BROWNING, Appellant.

ED 104768

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: October 3, 2017

Samuel Buffaloe, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for appellant.

Garrick Aplin, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Preston Browning ("Defendant") appeals his conviction for one count of driving while intoxicated, in violation of Section 577.010, and one count of property damage in the first-degree, in violation of Section 569.100. We find no error and affirm the judgment of conviction.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting

instance is still only a collateral consequence. *See Reynolds,* 994 S.W.2d at 946; see also *Voegtlin,* 464 S.W.3d at 555.

forth the reasons for this order pursuant to Rule 30.25(b).